IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01781-MSK-BNB

BOBBIE QUIENALTY, and
CHARLEY QUIENALTY,

Plaintiffs,

v.

NEWCOMB HARDWARE, INC.,
HAROLD F. NEWCOMB, SR.
HAROLD F. NEWCOMB, JR.,
DONNA E. NEWCOMB,
KELLY NEWCOMB,
THREE RIVERS RESORT CONDOMINIUM ASSOCIATION, INC.,
THREE RIVERS RESORT, INC., d/b/a Three Rivers Property Management, and
ROCKY MOUNTAIN REAL ESTATE, LLC, d/b/a Almont Property Management,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Defendants Newcomb Hardware, Inc., Harold F. Newcomb Jr., and Kelly Newcomb's Unopposed Motion for Leave to File an Amended Answer and Jury Demand** [docket no. 31, filed October 8, 2010] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is to file in the Amended Answer [attachment 1 to docket no. 31], filed by defendants Newcomb Hardware, Inc., Harold F. Newcomb Jr., and Kelly Newcomb..

DATED: October 12, 2010