IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01781-MSK-BNB

BOBBIE AND CHARLEY QUIENALTY,
    Plaintiff,
v.

NEWCOMB HARDWARE, INC., and/or
HAROLD F. NEWCOMB JR., and/or
THREE RIVERS RESORT CONDOMINIUM ASSOCIATION, INC., and/or
THREE RIVERS RESORT, INC., and/or doing business as Three Rivers Property Management; and
ROCKY MOUNTAIN REAL ESTATE, LLP,
    Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST CERTAIN DEFENDANTS WITH PREJUDICE

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss all Claims Against Defendants Harold F. Newcomb, Sr. And Donna E. Newcomb With Prejudice (Motion) **(#32)** filed October 8, 2010. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED**. Any and all claims asserted against Defendants Harold F. Newcomb, Sr. and/or Donna E. Newcomb are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall so reflect.

DATED this 12th day of October, 2010.

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge