IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.   10-cv-01781-MSK-BNB          Date: December 21, 2010
Courtroom Deputy: Geneva D. Mattei              FTR BNB COURTROOM A-401

BOBBIE QUIENALTY, and                           Perry Sanders Jr.
CHARLEY QUIENALTY,

       Plaintiff(s),

v.

NEWCOMB HARDWARE, INC.,                         Denis Lane Jr.
HAROLD F. NEWCOMB, SR.                          James Johnson
HAROLD F. NEWCOMB, JR,
DONNA E. NEWCOMB,
KELLY NEWCOMB,
THREE RIVERS RESORT CONDOMINIUM
ASSOCIATION, INC.,
THREE RIVERS RESORT, INC., and
ROCKY MOUNTAIN REAL ESTATE, LLP

       Defendant(s).

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:   9:05 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Stipulated motion to amend complaint ( Doc.#41; filed 11/30/10) is granted for reasons stated on the record. The Clerk of the Court is directed to accept the amended complaint for filing.

Court in Recess:   9:42 a.m.   Hearing concluded.   Total time in Court:   00:37

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.