IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 10-cv-01781-MSK-BNB

BOBBIE QUIENALTY, and
CHARLES QUIENALTY,

Plaintiffs,

v.

NEWCOMB HARDWARE, INC.,
HAROLD F. NEWCOMB JR.,
KELLY NEWCOMB,
THREE RIVERS RESORT CONDOMINIUM ASSOCIATION, INC.,
THREE RIVERS RESORT, INC., d/b/a THREE RIVERS PROPERTY MANAGEMENT,
DESIGN IMPORTS, INC., a/k/a DESIGN IMPORTS OF INDIA,
a/k/a DESIGNIMPORTS.COM, a/k/a DII,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Stipulated Motion to Amend Complaint** [Doc. # 41, filed 11/30/2010] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 41] is GRANTED, and the Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 41-1];

(2) The Amended Complaint does not contain any claims against Rocky Mountain Real Estate, LLC, and it is dismissed as a defendant, see Motion to Amend at ¶2; and

(3) The case caption is amended as indicated above. The parties shall employ a caption that complies with the requirements of D.C.COLO.LCivR 10.1J.

Dated December 21, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge