IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01781-MSK-BNB

BOBBIE AND CHARLEY QUIENALTY,

    Plaintiff,

v.

NEWCOMB HARDWARE, INC.;
HAROLD F. NEWCOMB JR.; and
ROCKY MOUNTAIN REAL ESTATE, LLP,

    Defendants.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss (Motion) (**#57**) filed May 6, 2011.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  All claims asserted by Plaintiff against Three Rivers Resort Condominium Association, Inc. and Three Rivers Resort, Inc. are hereby dismissed, with prejudice, each party to pay their own costs and attorneys fees.  All future captions shall omit these parties.

DATED this 6th day of May, 2011.

BY THE COURT:

_[signature: Marcia S. Krieger]_

Marcia S. Krieger
United States District Judge