IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01781-MSK-BNB

BOBBIE QUIENALTY, and
CHARLES QUIENALTY,

Plaintiffs,

v.

NEWCOMB HARDWARE, INC.,
HAROLD F. NEWCOMB, JR.,
KELLY NEWCOMB,
DESIGN IMPORTS, INC., a/k/a DESIGN IMPORTS OF INDIA, a/k/a
DESIGNIMPORTS.COM, a/k/a DII,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Stipulated Motion to Amend Scheduling Order** [docket no. 60, filed July 27, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. All extensions are granted except for **discovery cut-off**, which is only extended to and including the same date as the dispositive deadline, **October 15, 2011**.

Expert Witness Disclosures:
   The defendants shall designate all experts and rebuttal experts
   provide opposing counsel with all information specified in Fed. R.
   Civ. P. 26(a)(2) on or before **September 1, 2011**;

   The plaintiffs shall designate all rebuttal experts and provide
   opposing counsel with all information specified in Fed. R. Civ. P.
   26(a)(2) on or before **September 15, 2011**.

DATED:  July 28, 2011