IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01781-MSK-BNB

BOBBIE QUIENALTY, and
CHARLES QUIENALTY,

Plaintiffs,

v.

NEWCOMB HARDWARE, INC.,
HAROLD F. NEWCOMB, JR.,
KELLY NEWCOMB,
DESIGN IMPORTS, INC., a/k/a DESIGN IMPORTS OF INDIA, a/k/a
DESIGNIMPORTS.COM, a/k/a DII,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order** [docket no. 67, filed August 19, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Defendants are entitled to one independent medical examination of plaintiff Bobbie Quienalty to take place in Louisiana on or before **September 15, 2011**;

The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 30, 2011**;

The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 15, 2011**.

DATED:  August 22, 2011