IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01781-MSK-BNB

BOBBIE QUIENALTY, and
CHARLES QUIENALTY,

Plaintiffs,

v.

NEWCOMB HARDWARE, INC.,
HAROLD F. NEWCOMB, JR.,
KELLY NEWCOMB,
DESIGN IMPORTS, INC., a/k/a DESIGN IMPORTS OF INDIA, a/k/a
DESIGNIMPORTS.COM, a/k/a DII,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

       Pursuant to the filing of the **Defendants' Notice of Withdrawal of Motion to Compel F.R.C.P. 35 Medical Examination and to Vacate August 29, 2011 Hearing** [70],

       IT IS ORDERED that the Defendants' Motion to Compel Fed.R.Civ.P.35 Medical Examination [63] is **DENIED AS MOOT** and the hearing set for August 29, 2011, is **VACATED**.


DATED:  August 23, 2011