IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01781-MSK-BNB

BOBBIE QUIENALTY, and
CHARLES QUIENALTY,

Plaintiffs,

v.

NEWCOMB HARDWARE, INC.,
HAROLD F. NEWCOMB, JR.,
KELLY NEWCOMB,
DESIGN IMPORTS, INC., a/k/a DESIGN IMPORTS OF INDIA, a/k/a
DESIGNIMPORTS.COM, a/k/a DII,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


      IT IS ORDERED that the **Stipulated Motion to Amend Scheduling Order** [Doc. # 72, filed 10/3/2011] is GRANTED, and the case schedule is modified to the following extent:

        Discovery Cut-Off:        November 15, 2011

        (All discovery must be completed by the discovery cut-off. All
        written discovery must be served so that responses are due on or
        before the discovery cut-off.)

        Dispositive Motions Deadline:    November 15, 2011

        (At the direction of the district judge, any request to extend the
        dispositive motion deadline more than 30 days beyond the deadline
        originally set in this Scheduling Order must show exceptional
        circumstances warranting the extension.)

Expert Disclosures:

(a) The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 7, 2011

(b) The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 22, 2011

DATED: October 5, 2011