IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 10-cv-01781-MSK-BNB

BOBBIE QUIENALTY, and
CHARLES QUIENALTY,

Plaintiffs,

v.

NEWCOMB HARDWARE, INC.,
HAROLD F. NEWCOMB JR.,
KELLY NEWCOMB,
DESIGN IMPORTS, INC., a/k/a DESIGN IMPORTS OF INDIA,
a/k/a DESIGNIMPORTS.COM, a/k/a DII,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion for Leave to Designate Non Parties At Fault** [Doc. # 79, filed 12/16/2011] (the "Motion") filed by defendant Design Imports, Inc. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion [Doc. # 79] is GRANTED;

(2) The Clerk of the Court is directed to accept for filing Defendant Design Imports Inc.'s Designation of Non Parties At Fault [Doc. # 80]; and

(3) The plaintiff may have to and including **January 19, 2012**, within which to file a motion to reopen discovery and other pretrial matters which they claim are required as a result of this Order. Any such motion should state with specificity all additional discovery, expert, and other pretrial matters which the plaintiffs seek.

Dated January 9, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge